# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Michael Buehner,** | ) | Case No. 1:24-CV-01218 |
| | ) | |
| **Plaintiff,** | ) | **Judge Pamela A. Barker** |
| | ) | |
| vs. | ) | |
| | ) | **MOTION FOR EXTENSION** |
| **The City of Cleveland,** *et al.*, | ) | **OF TIME** |
| | ) | |
| **Defendants.** | ) | |

Defendants Cuyahoga County, Christopher Keim, and Richard Bombik (hereafter collectively referred to as 'Defendants") hereby request an extension until Friday, December 6, 2024, to file their Motion for Judgment on the Pleadings ("MJP").

Undersigned counsel indicated during the November 12, 2024, case management conference that he believed the MJP would be completed by November 26, 2024. Due to the press of business and other conflicts, additional time is needed to finalize the motion and submit it to the Court. Defendants do not believe additional extensions will be necessary and that the proposed December 6, 2024, deadline will provide ample time to complete the MJP.

The undersigned consulted with Plaintiff's counsel about this extension, and there is no objection. Accordingly, Defendants' request until December 6, 2024, to submit their MJP.

Respectfully submitted,

Michael C. O'Malley, Prosecuting Attorney
of Cuyahoga County, Ohio


*/s/Brendan D. Healy*
Brendan D. Healy (0081225)
bbhealy@prosecutor.cuyahogacounty.us
Phone: (216) 698-6447
Cuyahoga County Prosecutor's Office
The Justice Center, Court Tower
1200 Ontario Street, 8th Floor
Cleveland, OH 44113
Fax: (216) 443-7602

*Attorney for Defendants Cuyahoga County, Bombik and Keim*