IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF O HIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Michael Buehner,** | ) | Case No. 1:24-cv-1218 |
| | ) | |
| Plaintiff, | ) | Judge Pamela A. Barker |
| | ) | |
| vs. | ) | |
| | ) | **Plaintiff's Unopposed Motion for** |
| **The City of Cleveland,** *et al.,* | ) | **Extension (1 Week) to Respond to** |
| | ) | **County Defendants' Motion for** |
| Defendants. | ) | **Judgment on the Pleadings** |
| | ) | |

Plaintiff, through counsel, respectfully requests a one-week extension to respond to the County Defendants' Motion for Judgment on the Pleadings. This Motion is unopposed.

Defendants Keim, Bombik, and Cuyahoga County filed their Motion for Judgment on the Pleadings on December 6, 2024. (Doc. 22). The Court's Case Management Order set out related briefing deadline as follows: County motion due November 27, 2024; brief in opposition due January 6, 2025; and reply due January 20, 2025. (Doc. 18). On November 25, the County Defendants sought an extension until December 6, 2024 to file their Motion. (Doc. 20). The Court granted the extension on November 26, 2024.

However, undersigned counsel's ability to brief this matter in accordance with the January 6 deadline has been affected by unanticipated severe illness lasting several days. This illness has prevented counsel from adequately and thoroughly preparing Plaintiff's brief for timely filing. Plaintiff now respectfully requests a one-week extension, until January 13, 2025, to file Plaintiff's brief in opposition to the County Defendants' Motion.

Counsel for Plaintiff conferred with counsel for all Defendants, and Defendants do not oppose this Motion. This request is made in good faith and for good cause, will not unfairly prejudice any party, and has not been made for the purpose of undue delay or harassment.

1

Respectfully submitted,

*/s/Elizabeth Bonham*
Sarah Gelsomino (0084340)
Elizabeth Bonham (0093733)
FG+G
50 Public Square, Suite 1900
Cleveland, OH 44113
T: 216-241-1430 / F: 216-621-0427
sarah@FGGfirm.com
elizabeth@FGGfirm.com

Jacqueline Greene (0092733)
FG+G
35 East 7th Street, Suite 201
Cincinnati, OH 45202
T: 513-572-4200 / F: 216-621-0427
jacqueline@FGGfirm.com

Russell A. Randazzo (0082221))
Randazzo Law, L.L.C.
55 Public Square, Suite 2100
Cleveland, OH 44113
T: 216-350-4434 / F: 216-274-9318
russell@rrandazzolaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2025 I filed a copy of the foregoing using the Court's CM/ECF system and that all counsel of record will receive notice through that system.

*/s/ Elizabeth Bonham*
Elizabeth Bonham (0093733)
*One of the attorneys for Plaintiff*

2