# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL BUEHNER, | ) |
| Plaintiff, | ) CASE NO. 1:24-cv-01218 |
| v. | ) |
| CITY OF CLEVELAND, *et al*., | ) JUDGE PAMELA A. BARKER |
| Defendants. | ) |

## DEFENDANT CLEVELAND OFFICERS' MOTION
## FOR JUDGMENT ON THE PLEADINGS

Now come Defendants Sahir Hasan, Michael Beaman, and Joseph Petkac who, pursuant to Fed. Civ. R. Proc. 12(c), hereby move the Court for judgment on the pleadings on Plaintiff's Complaint. Based upon the allegations (and lack thereof), of the Complaint, Defendants are entitled to judgment as a matter of law.

Respectfully submitted,

*/s/ John D. Latchney*
Kenneth A. Calderone (0046860)
John D. Latchney (0046539)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH  44333
Telephone:  (330) 670-7324 / (330) 670-7602
Facsimile:   (330) 670-7440 / (330) 670-7458
Email:  *kcalderone@hcplaw.net*
           *jlatchney@hcplaw.net*
*Attorneys for Defendants Sahir Hasan,
Michael Beaman, and Joseph Petkac*