**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL BUEHNER, | CASE NO. 1:24-cv-01218 |
| Plaintiff, | |
| vs. | JUDGE PAMELA A. BARKER |
| CITY OF CLEVELAND, *et al.*, | |
| Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The parties, through counsel, stipulate and agree that the above-captioned matter is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All parties will bear their own fees and costs.

Respectfully submitted,

*/s/ Jacqueline Greene*
Jacqueline Greene (0092733)
FG+G
37 East 7th Street, Ste 201
Cincinnati, OH 45202
T: 513.572.4200 / F: 216.621.0427
jacqueline@FGGfirm.com

Sarah Gelsomino (0084340)
Elizabeth Bonham (0093733)
FG+G
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430 / F: 216-621-0427
sarah@FGGfirm.com
elizabeth@FGGfirm.com

and

Russell A. Randazzo (0082221)
Randazzo Law, L.L.C.
55 Public Square, Suite 2100
Cleveland, OH 44113
russell@rrandazzolaw.com

*Counsel for Plaintiff*

*/s/ Brendan D. Healy* (per consent)
Brendan D. Healy (0081225)
Bridget E. Dever (0102462)
Assistant Prosecuting Attorneys
Cuyahoga County Prosecutor's Office
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
T: (216) 698-6447 / F: (216) 443-7602
bhealy@prosecutor.cuyahogacounty.us
bdever@prosecutor.cuyahogacounty.us

*Counsel for Cuyahoga County Defendants*

*/s/ William M. Menzalora* (per consent)
Elena N. Boop (0072907)
Chief Trial Counsel
William M. Menzalora (0061136)
Chief Assistant Director of Law
Matthew R. Aumann (0093612)
Dylan F. Ford (0101464)
Assistant Directors of Law
City of Cleveland, Department of Law
601 Lakeside Avenue E., Room 106
Cleveland, OH 44114
T: (216) 664-2800
eboop@clevelandohio.gov
wmenzalora@clevelandohio.gov
dford5@clevelandohio.gov
maumann@clevelandohio.gov

*Counsel for Defendant City of Cleveland*

*/s/ Kenneth A. Calderone* (per consent)
Kenneth A. Calderone (0046860)
John D. Latchney (0046539)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH 44333
T: (330) 670-7324 / (330) 670-7602
F: (330) 670-7440 / (330) 670-7458
kcalderone@hcplaw.net
jlatchney@hcplaw.net

*Counsel for the Officer Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 6, 2026 I filed the foregoing on behalf of all parties using the Court's

CM/ECF system. All parties through counsel will receive notice and service through that system.

<u>*/s/ Jacqueline Greene*</u>
Jacqueline Greene (0092733)
*One of the Attorneys for Plaintiff*