**IT IS SO ORDERED.**

*s/Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL BUEHNER,<br><br>Plaintiff,<br>vs.<br><br>CITY OF CLEVELAND, *et al.*,<br><br>Defendants. | CASE NO. 1:24-cv-01218<br><br>JUDGE PAMELA A. BARKER<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The parties, through counsel, stipulate and agree that the above-captioned matter is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All parties will bear their own fees and costs.

Respectfully submitted,

/s/ Jacqueline Greene
Jacqueline Greene (0092733)
FG+G
37 East 7th Street, Ste 201
Cincinnati, OH 45202
T: 513.572.4200 / F: 216.621.0427
jacqueline@FGGfirm.com

Sarah Gelsomino (0084340)
Elizabeth Bonham (0093733)
FG+G
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430 / F: 216-621-0427
sarah@FGGfirm.com
elizabeth@FGGfirm.com

and

Russell A. Randazzo (0082221)
Randazzo Law, L.L.C.
55 Public Square, Suite 2100
Cleveland, OH 44113
russell@rrandazzolaw.com

*Counsel for Plaintiff*

/s/ Brendan D. Healy (per consent)
Brendan D. Healy (0081225)
Bridget E. Dever (0102462)
Assistant Prosecuting Attorneys
Cuyahoga County Prosecutor's Office
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
T: (216) 698-6447 / F: (216) 443-7602
bhealy@prosecutor.cuyahogacounty.us
bdever@prosecutor.cuyahogacounty.us

*Counsel for Cuyahoga County Defendants*